# United States Court of Appeals
## For the First Circuit

---

No. 25-1522

UNITED STATES,

Appellee,

v.

DAVID RENATO NUÑEZ-PÉREZ,

Defendant - Appellant.

---

**ORDER OF COURT**

Entered: September 22, 2025
Pursuant to 1st Cir. R. 27.0(d)


Upon consideration of motion, it is ordered that the time for Appellant David Núñez Pérez to file a brief and appendix be enlarged to and including **October 21, 2025**.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Rachel Brill
Jesus Abel Hernández-García
Kevin Lerman
Jorge Luis Matos Ortiz
Antonio L. Pérez-Alonso
Franco L. Pérez-Redondo
Juan Carlos Reyes-Ramos
José A. Ruiz-Santiago
Hector Sueiro-Álvarez
Luis Angel Valentín