# United States Court of Appeals
## For the First Circuit

No. 25-1522

UNITED STATES,

Appellee,

v.

DAVID RENATO NÚÑEZ-PÉREZ,

Defendant - Appellant.

**ORDER OF COURT**

Entered: October 24, 2025

The "Motion to Vacate Briefing Schedule and Hold Case in Abeyance" is resolved as follows. The previously entered briefing schedule is vacated. This appeal will be stayed pending further order. Any party may move to have the stay lifted at any time. Appellant should file status reports at 90-day intervals, the first due 90 days from entry of this order. Further, within 10 days of entry of judgment in Appeals 24-1795 and 24-1987, appellant should propose a course for further proceedings in this appeal.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Rachel Brill
Jesus Abel Hernández-García
Kevin Lerman
Jorge Luis Matos Ortiz
Antonio L. Pérez-Alonso
Franco L. Pérez-Redondo
Juan Carlos Reyes-Ramos
José A. Ruiz-Santiago
Hector Sueiro-Álvarez
Luis Angel Valentín